CAPITAL LAW OFFICES
1  Peter N. Hadiaris, Esq.
   State Bar No. 122590
2  1262 E. Hamilton Ave., Ste F
   Campbell, CA 95008
3  Attorney for plaintiffs

4

5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8

9  SHIRKANT JANOLKAR, et al            )
                                       )
10                      Plaintiff,     )    No. CV 12-03693 EJD
                                       )
11  v.                                 )
                                       )
12  BANK OF AMERICA NA, et al          )    NOTICE OF
                                       )    VOLUNTARY DISMISSAL
13                      Defendants     )
   _____)
14
        Pursuant to FRCP 41(a)(1)(A), plaintiffs voluntarily dismiss
15
   this action without prejudice for lack of federal subject matter
16
   jurisdiction.  The Clerk shall close this file.
17

18
   Dated: January 9, 2013        CAPITAL LAW OFFICES
19

20                               *Peter N. Hadiaris*
                                 Peter N. Hadiaris, Esq.
21                               Attorney for plaintiffs

22

23

24

25

26

27